THERESA H. KNUTH, Appellant, v. FREDERICK B. WREGE, Respondent.— Order modified by denying defendant's motion to vacate plaintiff's notice of examination of defendant before trial as to subdivisions a, b and c thereof, and as so modified affirmed, without costs. The matters involved in subdivisions a, b and c are part of the plaintiff's affirmative case, and as to these plaintiff is entitled to an examination of the defendant under section 290 of the Civil Practice Act. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

EMIL F. KUPFER and MARY KUPFER, Respondents, v. JESSIE R. THOMPSON and Others, Defendants, and PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant.— Order directing defendant Packard Motor Car Company of New York to attorn, and order resettling said order, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

MILTON F. LEVY and JEROME LEVY, Respondents, v. YETTA KUCHIKOFF and Others, Defendants. LESJAY HOLDING CO., INC., Appellant.— Order denying motion for an order requiring plaintiffs to accept the answers of defendant Lesjay Holding Co., Inc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

CLARA THERESE MATTHES, Respondent, v. EMIL AUGUST MATTHES, Appellant. — Order granting alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

MARY McCAULEY, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Orders denying defendant's motions to vacate judgment granted by default reversed upon the law and the facts, without costs, and motions granted, without costs. The moving affidavits show that defendant's trial counsel, on the day that the default was taken, was actually engaged in Part XVIII of the Supreme Court, New York county. Rule III of the Trial Term in that county reads in part as follows: "No application for a postponement of the trial of a cause shall be entertained after such cause has been sent to a part for trial. Such cause shall remain in the part to which it was sent for trial until final disposition. When a cause has been tried and the jury disagreed, or a juror has been withdrawn, or a verdict set aside, or there has been a mistrial, such cause may be restored to a day calendar, its position thereon, whether on the Ready Calendar or the Reserve Calendar, to be fixed by the justice holding the part from which it was sent." Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JOHN E. McMURTRY and ELLA G. CUNNINGHAM, Copartners, etc., Appellants, v. FREDERICK C. McLAUGHLIN and Others, Copartners, etc., Respondents.— Order directing a separate trial of the issues raised by the counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Seeger, J., dissents and votes to reverse the order and deny the motion.